# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TP-LINK USA CORPORATION,** <br><br> Defendant. | Case No. 2:13-cv-779 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO STAY PROCEEDINGS
## PENDING FINALIZATION OF SETTLEMENT

Plaintiff Penovia LLC ("Penovia") hereby files this Agreed Motion to Stay Proceedings Pending Finalization of Settlement in this case, and in support thereof shows the Court as follows:

Penovia has reached an agreement in principle with Defendant TP-Link USA Corporation ("TP-Link") to settle this case. The parties wish to conclude their settlement without burdening the Court with any additional filings and without incurring unnecessary expense. A stay had previously been issued in this case, but the parties need some additional time for the parties to finalize and perform the terms of the settlement. Accordingly, the parties hereby request a stay of twenty-one (21) days, to allow the settlement to be finalized and certain settlement terms to be performed, and for the parties to file appropriate dismissal papers with the Court. The requested stay would run until Monday, May 12, 2014.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

A proposed order granting this Agreed Motion is attached.

1

Wherefore, Plaintiff Penovia respectfully requests that the Court enter the proposed order submitted with this Motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: April 21, 2014

Respectfully submitted,

 */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

***Attorneys for Plaintiff Penovia LLC***

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 21, 2014, I conferred with counsel for Defendant TP-Link. Counsel for TP-Link and I agreed to substance of this motion and all relief requested therein. Accordingly, this motion is an agreed motion.

 */s/ John J. Harvey, Jr.*
John Harvey

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 21, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, in accordance with Local Rule CV-5(a)(3)(A).

 */s/ Craig Tadlock*
Craig Tadlock

2